FILED
MAY 1 8 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
MAY 2 4 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

JOHN T. KENDALL
Trustee
2601 Blanding Avenue
Bldg #C, Ste 110
Alameda, CA 94501
(510)523-9821

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. 09-45797 LJT
)
LUIS UBEDA ) Chapter 7
DONNA UBEDA )
) NOTICE OF UNCLAIMED
Debtor. ) DIVIDENDS
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court, unclaimed dividends in the amount of $ 6.81. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

Claim # Name & Address of Claimant   Claim Amount   Dividend Amount

   (See Attached Schedule)

Total Unclaimed Dividends $ 6.81

Dated: May 17, 2010

JOHN T. KENDALL, Trustee

Printed: 05/17/10 11:32 AM

# Claims Distribution Small Checks

Trustee: JOHN T. KENDALL (007360)

Case: 09-45797 - UBEDA, LUIS

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 200025425 2966 | 138 | 05/17/10 | 11-1 | 08/12/09 | 640 | Payee: U S BANKRUPTCY COURT<br>Delta Schools FCU<br>701 W 18th St<br>Antioch, CA 94509 | 2.05 | 2.05 | 2.05 | 2.05 |
| | | | 11I-1 | 10/27/09 | 640 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>dba MERVYN'S,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 4.76 | 4.76 | 4.76 | 4.76 |

Check Amount: $6.81

(*) Denotes objection to Amount Filed